GEOFFREY HANSEN
Acting Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant Ronald McGregor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RONALD MCGREGOR, ) <br> ) <br> Defendant. ) <br> _____ ) | No.  CR 12-00200 WHA <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING APPEARANCE DATE FROM MAY 29, 2012 TO JUEN 12, 2012 AND EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

**STIPULATION**

The parties are scheduled to appear before this Court for status or setting on May 29, 2012 at 2:00 p.m.  The parties are still in the process of obtaining additional records that will affect the resolution of the case, including the terms of a possible plea agreement.  The parties have been independently and diligently trying to obtain these records but do not have them yet.  For that reason, the parties propose that the May 29, 2012 court date be continued to June 12, 2012 or to some date thereafter convenient to the Court.

The parties also agree that the time between May 29, 2012 and June 12, 2012 (or to the next date set by the Court) should be excluded under the Speedy Trial Act; the continuance is

STIPULATION AND [PROPOSED] ORDER
CONTINUING COURT DATE
CR 12-00200 WHA

1  necessary for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and
2  the ends of justice served by granting such a continuance outweigh the best interests of the public
3  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
4  SO STIPULATED.

6  Dated: May 25, 2012
7  　　　　　　　　　　　　　　　　　　　MELINDA HAAG
　　　　　　　　　　　　　　　　　　　　United States Attorney

9  　　　　　　　　　　　　　　　　　　　        /s/
　　　　　　　　　　　　　　　　　　　　CYNTHIA FREY
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

11 Dated: May 25, 2012　　　　　　　　　　        /s/
12 　　　　　　　　　　　　　　　　　　　SHAWN HALBERT
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

28 STIPULATION AND [PROPOSED] ORDER
   CONTINUING COURT DATE
   CR 12-00200 WHA

**ORDER**

For the reasons stated above, the Court continues the status date in this matter from May 29, 2012 to June 12, 2012. IT IS ALSO ORDERED THAT the time between May 29, 2012 and June 12, 2012 should be excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: May 28, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE