MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA M. FREY  (CABN 150571)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: cynthia.frey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RONALD MCGREGOR, <br><br> Defendant. | No. CR 12-0200 WHA <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JUNE 19, 2012 TO JULY 17, 2012 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT <br> (18 U.S.C. § 3161) |

     The defendant, Ronald McGregor, represented by Shawn Halbert, Assistant Federal Public Defender, and the government, represented by Cynthia Frey, Assistant United States Attorney, appeared before the Honorable William Alsup on June 19, 2012 for a status conference.  The defense requested a motion schedule to file a motion to suppress.  The Court ordered that the defense file its motion by July 17, 2012 and that a hearing be scheduled for August 7, 2012.

     The parties agreed that time should be excluded under the Speedy Trial Act between June 19, 2012 and July 17, 2012 for purposes of effective preparation of counsel, in order to provide defense counsel with adequate time to review the discovery, conduct additional investigation,

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 12-0200 WHA

1   and consult with the defendant. In addition, the defendant agrees to exclude for this period of
2   time any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the
3   continuance, in order to provide defense counsel with adequate time to review the discovery,
4   conduct additional investigation, and consult with the defendant, is necessary for continuity of
5   defense counsel and effective preparation, taking into account the exercise of due diligence. 18
6   U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting
7   such a continuance outweigh the best interests of the public and the defendant in a speedy trial.
8   18 U.S.C. § 3161(h)(7)(A).

10  SO STIPULATED:

11                                              MELINDA HAAG
                                                United States Attorney
12

13  DATED: August 6, 2012                         /S/
                                                CYNTHIA M. FREY
14                                              Assistant United States Attorney

16  DATED: August 6, 2012                         /S/
                                                SHAWN HALBERT
17                                              Attorney for RONALD MCGREGOR

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 12-0200 WHA                              -2-

1  Based upon the representation of counsel and for good cause shown, the Court also finds
2  that failing to exclude the time between June 19, 2012 and July 17, 2012 would unreasonably
3  deny the defendant continuity of counsel and would deny counsel the reasonable time necessary
4  for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.
5  § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
6  between June 19, 2012 and July 17, 2012 from computation under the Speedy Trial Act outweigh
7  the best interests of the public and the defendant in a speedy trial.
8  Therefore, IT IS HEREBY ORDERED that the time between June 19, 2012 and July 17,
9  2012 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.
10 § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

13 DATED:  August 7, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE