GEOFFREY HANSEN
Acting Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Ronald McGregor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RONALD MCGREGOR, <br><br> Defendant. | No. CR 12-00200 WHA <br><br> STIPULATION AND [PROPOSED] ORDER VACATING SEPTEMBER 19, 2012 EVIDENTIARY HEARING DATE AND SETTING A STATUS DATE FOR OCTOBER 2, 2012; EXCLUDING TIME UNDER 18 U.S.C. § 3161 BETWEEN SEPTEMBER 19, 2012 AND OCTOBER 2, 2012 |

## STIPULATION

Defendant filed a motion to suppress based on the allegation that San Francisco police officers violated Mr. McGregor's Fourth Amendment rights. By stipulation of the parties, the Court set an evidentiary hearing on September 19, 2012 at 7:30 a.m.

The parties hereby stipulate that the evidentiary hearing be vacated, to be re-set at a later date if necessary, and that the matter be set for status on October 2, 2012. Mr. McGregor's case will be reassigned to another attorney within the Office of the Federal Public Defender. For continuity of counsel and in order that the new defense lawyer can continue settlement negotiations, if appropriate, with the government, the parties agree that the evidentiary hearing

STIPULATION AND [PROPOSED] ORDER
CR 12-00200 WHA

should not proceed as scheduled.

The parties also agree that the time between September 19, 2012 and October 2, 2012 (or to the next date set by the Court) should be excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

Dated: September 5, 2012

MELINDA HAAG
United States Attorney

/s/

CYNTHIA FREY
Assistant United States Attorney

Dated: September 5, 2012

/s/

SHAWN HALBERT
Attorney for Defendant

STIPULATION AND [PROPOSED] ORDER
CR 12-00200 WHA

2

**ORDER**

For the reasons stated above, the Court vacates the September 19, 2012 evidentiary hearing and sets the matter for status on October 2, 2012. IT IS ALSO ORDERED THAT the time between September 19, 2012 and October 2, 2012 should be excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED: September 7, 2012.

THE HONORABLE WILLIAM H. ALSUP
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 12-00200 WHA

3