MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA M. FREY  (CABN 150571)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: cynthia.frey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-0200 WHA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OCTOBER 2, 2012 TO DECEMBER 10, 2012 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |
| RONALD MCGREGOR, | ) | |
| Defendant. | ) | |

The defendant, Ronald McGregor, represented by Brandon Leblanc, Assistant Federal Public Defender, and the government, represented by Cynthia Frey, Assistant United States Attorney, appeared before the Honorable William Alsup on October 2, 2012 for a status conference.  The defense requested a continuance of the evidentiary hearing on the defendant's motion to suppress, as the case had only just been reassigned to Mr. Leblanc.  Defense counsel also advised that the parties were discussing a potential disposition.  The Court ordered the matter continued to October 23, 2012 for a status conference.  On October 23, 2012, the parties appeared before the Honorable William Alsup for a status conference.  The defendant requested

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 12-0200 WHA

and the Court ordered that the evidentiary hearing be continued to December 10, 2012.

The parties agreed that time should be excluded under the Speedy Trial Act between October 2, 2012 and December 10, 2012 for purposes of continuity of counsel and effective preparation of counsel, in order to provide defense counsel with adequate time to review the discovery, conduct additional investigation, and consult with the defendant. In addition, the defendant agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance, is necessary for continuity of defense counsel and effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The parties also agree that time is appropriately excluded under the Speedy Trial Act between October 2, 2012 and December 10, 2012 resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion. 18 U.S.C. § 3161(h)(1)(D).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: October 25, 2012          /S/
                                 CYNTHIA M. FREY
                                 Assistant United States Attorney

DATED: October 25, 2012          /S/
                                 BRANDON LEBLANC
                                 Attorney for RONALD MCGREGOR

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 12-0200 WHA                    -2-

1   Based upon the representation of counsel and for good cause shown, the Court finds that
2 failing to exclude the time between October 2, 2012 and December 10, 2012 would unreasonably
3 deny the defendant continuity of counsel and would deny counsel the reasonable time necessary
4 for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.
5 § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
6 between October 2, 2012 and December 10, 2012 from computation under the Speedy Trial Act
7 outweigh the best interests of the public and the defendant in a speedy trial.
8   The Court also finds that time shall be excluded under the Speedy Trial Act between
9 October 2, 2012 and December 10, 2012 resulting from any pretrial motion, from the filing of the
10 motion through the conclusion of the hearing on, or other prompt disposition of, such motion.  18
11 U.S.C. § 3161(h)(1)(D).
12   Therefore, IT IS HEREBY ORDERED that the time between October 2, 2012 and
13 December 10, 2012 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C
14 §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv), and 3161(h)(1)(D).

18  DATED:  October 25, 2012.



HONORABLE WILLIAM ALSUP
Judge William Alsup

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 12-0200 WHA                                       -3-