1 | BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | CYNTHIA FREY (DCBN 475889)
Assistant United States Attorney

5
 | 450 Golden Gate Avenue, Box 36055
6 | San Francisco, California 94102-3495
Telephone: (415) 436-7200
7 | FAX: (415) 436-7234
Cynthia.Frey@usdoj.gov

8
Attorneys for United States of America

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

| UNITED STATES OF AMERICA, | ) CASE NO. CR 12-0200 WHA |
|---|---|
| | ) [PROPOSED] ORDER DIRECTING THE USMS TO TRANSPORT RONALD MCGREGOR FOR SENTENCING ON JANUARY 12, 2016 |
| v. | ) |
| RONALD MCGREGOR, | ) |
| Defendant. | ) |

The United States hereby applies for an Order directing the United States Marshals Service to transport defendant Ronald McGregor for his sentencing hearing set for January 12, 2016 at 2:00 p.m.

DATED: December 15, 2015            Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

            /s /
Cynthia Frey
Assistant United States Attorney

[PROPOSED] ORDER

1

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that:

The United States Marshals Service is directed to transport the defendant, Ronald McGregor, for sentencing on January 12, 2016 at 2:00 p.m.

**IT IS SO ORDERED**

DATED:  December 16, 2015.

_____
HON. WILLIAM ALSUP
United States District Court Judge